**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO**

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 98.224.96.13, <br><br> Defendant. | Case Number: 1:16-cv-01070-AWI-SKO <br><br> **ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT** <br><br> **(Doc. 8)** |

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised hereby:

ORDER AND ADJUDGES that Plaintiff's Motion is granted. Plaintiff shall have until December 21, 2016, to effectuate service of a summons and complaint on Defendant.

IT IS SO ORDERED.

Dated:   **October 20, 2016**            /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE