# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | Case No.  1:16-cv-01070-AWI-SKO |
| Plaintiff, | **ORDER DIRECTING THE CLERK TO CLOSE CASE** |
| v. | **(Doc. 14)** |
| JOHN DOE subscriber assigned IP address 98.224.96.13, | |
| Defendant. | |

_____/

     Plaintiff has filed a Notice of Settlement and Voluntary Dismissal with Prejudice, in which Plaintiff notifies the Court that this matter is voluntarily dismissed with prejudice.  (Doc. 14.) Plaintiff filed this voluntary dismissal before Defendant filed an answer or a motion for summary judgment.  As such, this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated:   __**March 15, 2017**__                    /s/ _Sheila K. Oberto_

                                           UNITED STATES MAGISTRATE JUDGE